In the Matter of ALBERT B. MILLMAN, Appellant, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.

Argued October 17, 1949; decided November 23, 1949.

*Harold M. Geller* for appellant.

*Alvin McKinley Sylvester* and *Jack Reinstein* for respondents.

Order affirmed, with costs, on the ground that the challenged action of the liquor authority is not a matter open to review

within the meaning of section 121 of the Alcoholic Beverage Control Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.